IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:26-mj-454 |
| TRAVIS D. PENDLETON, | ) | Court Date: November 23, 2026 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E2571187)

THE UNITED STATES ATTORNEY'S OFFICE CHARGES THAT:

On or about September 18, 2026, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, TRAVIS D. PENDLETON, did knowingly possess and cause to be present a firearm in a Federal facility (other than a Federal court facility), and attempted to do so.

(In violation of Title 18, United States Code, Section 930(a).)

Count II (Class B Misdemeanor – E2571185)

THE UNITED STATES ATTORNEY'S OFFICE CHARGES THAT:

On or about September 18, 2025, at Marine Corps Base Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, TRAVIS D. PENDLETON, drove a motor vehicle on a highway, without a driver's license.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-300.)

Count III (Petty Offense – E2571188)

THE UNITED STATES ATTORNEY'S OFFICE CHARGES THAT:

On or about September 18, 2026, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, TRAVIS D. PENDLETON, did unlawfully consume an alcoholic beverage while driving a motor vehicle upon a public highway.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-323.1).

Count II (Petty Offense – E2571186)

THE OFFICE OF THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 18, at Marine Corps Base Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, TRAVIS D. PENDLETON, did unlawfully fail to submit a motor vehicle to the required official safety inspection, as evidenced by the absence of a valid inspection sticker.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-1157.)

Respectfully submitted,

By: ___________/s/____________

Edward C. Ramirez
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: edward.ramirez@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on November 23, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: __________/s/_____________

Edward C. Ramirez
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: edward.ramirez@usdoj.gov